**DISMISS; and Opinion Filed August 7, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00669-CV

**MARIA MEIRA, INDIVIDUALLY, AND AS EXECUTOR OF THE ESTATE OF VANESSA BLAKE, DECEASED, RANDY BERT BLAKE, JR., INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF RANDY BERT BLAKE III, DECEASED, AND RANDY XAVIER BLAKE, INDIVIDUALLY AND AS NEXT FRIEND OF XXXXXX XXXXX AND XXXXXXX XXXXX, MINOR CHILDREN, Appellants**

**V.**

**J. H. STRAIN & SONS, INC., Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-05396**

## MEMORANDUM OPINION

Before Justices Francis, Fillmore, and Whitehill
Opinion by Justice Francis

Before the Court is appellants' agreed motion for voluntary dismissal. The motion recites

appellants have settled their dispute with appellee. We grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1).

/Molly Francis/
MOLLY FRANCIS
JUSTICE

180669F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARIA MEIRA, ET AL., Appellants

No. 05-18-00669-CV      V.

J. H. STRAIN & SONS, INC., Appellee

On Appeal from the 95th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-15-05396.
Opinion delivered by Justice Francis, Justices Fillmore and Whitehill participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement among the parties, we **ORDER** appellee J. H. Strain & Sons, Inc., recover its costs of this appeal from appellants Maria Meira, Individually, and as Executor of the Estate of Vanessa Blake, Deceased, Randy Bert Blake Jr., Individually and as Executor of the Estate of Randy Bert Blake III, Deceased, and Randy Xavier Blake, Individually and as Next Friend of S.B. and S.B., Minor Children.

Judgment entered this 7th day of August, 2018.